COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                        NO.
2-05-456-CV

 

 

IN THE MATTER OF J.A.

                                               ----------

           FROM THE 323RD
DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM OPINION[1] AND JUDGMENT

                                               ----------

We have considered appellant=s ANotice Of
Non-Suit,@ which we
will treat  as a motion to voluntarily
dismiss this appeal.  It is the court's
opinion that the motion should be granted; therefore, we dismiss the appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).  

PER
CURIAM

 

 

PANEL D: WALKER, J.; CAYCE,
C.J.; and MCCOY, J.

 

DELIVERED:  March 30, 2006

 











[1]See Tex. R. App. P. 47.4.